UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD A. HARRIS,

 Plaintiff,

v.

STATE OF MICHIGAN, et al.,

 Defendants.
_____/

Case No. 1:25-cv-367

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on April 15, 2025, recommending that Plaintiff's complaint be dismissed without prejudice and that, should Plaintiff appeal the decision, the Court assess the $605.00 appellate filing fee. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: May 7, 2025           /s/ Jane M. Beckering
                     JANE M. BECKERING
                     United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time. Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "no such number," and "unable to forward" (ECF No. 9). Plaintiff has failed to keep the Court apprised of his current address.